

**FILED**

APR 13 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHARLES JONES X-176406
(Name of Plaintiff)
12500 BRUCEVILLE RD
(Address of Plaintiff)
ELK GROVE, CA 95757

19FE018361
(Case Number)

2:20-CV 0751 - ___ DB PC

vs.

COMPLAINT

COUNTY OF SACRAMENTO

SACRAMENTO SHERIFF DEPT.

(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:  ☒ Yes   ☐ No

B. If your answer to A is yes, how many?: __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff  ROBERT CHARLES JONES

Defendants  COUNTY OF SACRAMENTO PUBLIC DEFENDER

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983         Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☐ Yes   ☒ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☐ Yes   ☒ No
   If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   ☐ Yes   ☒ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _____ is employed as _____
   _____ at _____

B. Additional defendants _____
_____
_____
_____
_____
_____

2

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

FALSE ARREST, FILING A FALSE POLICE DOCUMENT, ASSAULT, BRANISHING A FIREARM WITH INTENT TO CAUSE GREAT BODILY INJURY, FALSE IMPRISONMENT UNDER THE COLOR OF LAW. ON Oct. 11 I WAS ASSAULTED By SACRAMENTO COUNTY SHERIFFS DEPT. CASE # 19EE018361 WHILE COMMITTING NO CRIME. I WAS EXPRESSING MY 1ST AMENDMENT RIGHTS WHEN I WAS ASSAULTED BY THE SACRMENTO SHERIFF DEPT. WITHOUT CAUSE.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I AM ASKING FOR THE OFFICER TO BE ARRESTED AND DAMAGES OF $ 2,500,000.00

Signed this __9__ day of __APRiL__, 20__20__.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__4-9-2020__
(Date)

_____
(Signature of Plaintiff)