UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0751 DB P<br><br><br>ORDER |

Plaintiff is a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that officers used excessive force against him. By order dated December 7, 2020, the court screened the amended complaint and determined it did not contain any cognizable claims. (ECF No. 10.) Plaintiff was given thirty days leave to file an amended complaint and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Those thirty days passed without plaintiff filing an amended complaint and the court recommended that this action be dismissed for failure to prosecute and failure to comply with court orders. (ECF No. 11.)

Plaintiff filed objections to the findings and recommendations requesting additional time to file an amended complaint because COVID-19 restrictions have limited his ability to conduct research in the law library. In light of these circumstances, the court will vacate the findings and

////

recommendations the court will vacate the findings and recommendations and grant plaintiff additional time to file an amended complaint.

IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 26, 2021 (ECF No. 11) are vacated.
2. Plaintiff is granted sixty (60) days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned to the case and must be labeled "Second Amended Complaint."
3. Failure to comply with this order will result in a recommendation that this action be dismissed.
4. The Clerk of the Court is directed to send plaintiff a copy of the first amended complaint (ECF No. 9) and the court's December 7, 2020 screening order (ECF No. 10) along with this order.

Dated: May 17, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB//DB Prisoner Inbox/Civil.Rights/R/jone0751.vac.f&r

2