UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JONES, | No. 2:20-cv-0751 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

      Plaintiff is a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that officers used excessive force against him. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 17, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 17, 2021, are adopted in full; and

2. This action is dismissed without prejudice for lack of prosecution and failure to state a claim.

Dated:  February 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/jone0751.800